UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hartman SPE, LLC,<br><br>        Debtor(s). | Chapter 11<br><br>Case No. 23-11452 (MFW) |
| Hartman SPE, LLC,<br><br>        Plaintiff,<br>v.<br><br>Hartman vREIT XXI, Inc.,<br><br>        Defendant. | Adversary No. 23-50588 (MFW) |

**DEFENDANT'S DECLARATION OF**
**CONSENT TO SUMMARY JUDGMENT**

Allen Hartman, of full age, hereby certifies, under penalty of perjury, as follows:

1. I am the principal owner of the above-captioned defendant, Hartman vREIT XXI, Inc. ("**Defendant**").

2. On September 28, 2023, Plaintiff commenced the above-captioned adversary proceeding against Defendant by filing an Adversary Complaint [Adv. D.I. 1] (the "**Complaint**").

3. The Complaint alleges two causes of action against Defendant. The first cause of action is for a declaratory judgment that Defendant "has no interest in the Properties under Section 18-701 of the Delaware Limited Liability Company Act and Section 24 of the LLC Agreement" (the "**Declaration Claim**"). The second cause of action is for an judgment "discharging and expunging the *lis pendens* [Defendant] filed against [Plaintiff's] *Lis Pendens* Properties" and "ordering XXI to record a release of each such lis pendens and/or file a copy of the Court's order

in the real property record by the relevant county clerk" (the "**Discharge Claim**").

4. The summons was issued September 29, 2023 – establishing October 30, 2023 as the deadline to answer, move, or otherwise respond to the Complaint (the "**Response Deadline**")

5. On October 11, 2023, before the Response Deadline, Plaintiff filed its Motion for summary judgment.

6. Specifically, the Motion seeks "summary judgment (1) declaring that [Defendant] possesses no interest in [Plaintiff's] real property, and (2) ordering released discharged and expunged the *lis pendens* [Defendant] filed against the *Lis Pendens* Properties and ordering [Defendant] to record a release of each *lis pendens* and/or a copy of the Court's order in the real property record by the relevant county clerk."

7. Importantly, the day before the September 29, 2023 summons was issued, Defendant had voluntarily released two of the *lis pendens,* and has subsequently released all of the *lis pendens* complained of in Plaintiff's Complaint and Motion. Copies of the Recorded Releases are attached hereto marked as **Exhibit A**.

8. Defendant has, in accordance with Texas law, recorded all of the releases of *lis pendens* in the appropriate real property records in the county where each subject property is located.

9. Therefore, because all of the *lis pendens* complained of in Plaintiff's Complaint and Motion have been properly recorded in each respective county's real property records, Defendant suggests that the portion of the Motion relating to releasing the *lis pendens* and recording those releases is now moot.

10. Furthermore, Defendant consents that it "has no interest in the [lis pendens] Properties under Section 18-701 of the Delaware Limited Liability Company Act and Section 24 of the LLC Agreement".

11. Based on the foregoing, and subject to the above caveat regarding the mootness of a portion of the Motion, Defendant hereby consents to the entry of summary judgment in this case.

12. A revised proposed Order is attached hereto marked as **Exhibit B**.

Pursuant to 28 U.S.C. § 1746, I hereby certify, under penalty of perjury, that the foregoing statements made by me are true and correct. I am aware that if any of said statements are willfully false, I am subject to the penalties of perjury.

Dated: November 9, 2023         /s/ Allen Hartman
                                ALLEN HARTMAN