# **EXHIBIT A**

**STATE OF TEXAS**                    §
                                      §
**COUNTY OF HARRIS**                  §

### *RELEASE OF LIS PENDENS*

Notice is given that the Notice of Lis Pendens e-filed filed by the undersigned with the County Clerk in Harris County, Texas, on August 8, 2023, File Number RP-2023-300128, because of the lawsuit Cause Number 2023-17944, *Allen R. Hartman, Hartman vREIT XXI, Inc., and REIT Property Management, LLC (Plaintiffs) vs. Silver Star Properties REIT, Inc. (f/k/a Hartman Short Term Income Properties XX, Inc.), Hartman Income REIT Property Holdings, LLC, Hartman XXI Advisors, LLC, Silver Star Property Management, Inc., Hartman SPE, LLC, Hartman Income REIT, Inc. and Hartman Retail I, DST (Defendants),* in the 133rd Judicial District Court in Harris County, Texas, is hereby released by Hartman vREIT XXI, Inc. for the property located in Harris County, known as the Fondren Road Plaza Shopping Center, with an address of 7098 Bissonnet Street, Houston, Texas 77074, which has the following legal description:

TRS B B2 C1 & C2 BONNIE BRAE ORANGE ORCHARD

Respectfully submitted,

**Law Office of Thomas N. Lightsey III, P.C.**

Thomas Nolon Lightsey III
State Bar of Texas No. 12344010
5151 San Felipe, Suite 400
Houston, Texas 77050
Telephone:    713-628-3612
Facsimile:    888-805-0068
Email:        Tom@Lightsey.Legal
Attorney for Plaintiff Hartman vREIT
XXI, Inc.

STATE OF TEXAS          §
                        §
COUNTY OF HARRIS        §

BEFORE ME, the undersigned notary public, on this day personally appeared Thomas Nolon Lightsey III, know to me to be the person whose name is subscribed to this instrument and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

RP-2023-391365

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON THIS 2nd day of October 2023.



Notary Public – State of Texas

RP-2023-391365

RP-2023-391365

RP-2023-391365
# Pages 3
10/11/2023 03:28 PM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees  $22.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS

| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

### *RELEASE OF LIS PENDENS*

Notice is given that the Notice of Lis Pendens e-filed filed by the undersigned with the County Clerk in Harris County, Texas, on August 8, 2023, File Number RP-2023-300139, because of the lawsuit Cause Number 2023-17944, *Allen R. Hartman, Hartman vREIT XXI, Inc., and REIT Property Management, LLC (Plaintiffs) vs. Silver Star Properties REIT, Inc. (f/k/a Hartman Short Term Income Properties XX, Inc.), Hartman Income REIT Property Holdings, LLC, Hartman XXI Advisors, LLC, Silver Star Property Management, Inc., Hartman SPE, LLC, Hartman Income REIT, Inc. and Hartman Retail I, DST (Defendants),* in the 133rd Judicial District Court in Harris County, Texas, is hereby released by Hartman vREIT XXI, Inc. for the property located in Harris County, Texas, with an address of 6959 Harwin Drive, Houton Texas 77036, which has the following legal description:

RES F2 BLK 1 REGENCY SQ OFFICE PARK 1

Respectfully submitted,

**Law Office of Thomas N. Lightsey III, P.C.**

Thomas Nolon Lightsey III
State Bar of Texas No. 12344010
5151 San Felipe, Suite 400
Houston, Texas 77050
Telephone:     713-628-3612
Facsimile:      888-805-0068
Email:          Tom@Lightsey.Legal
Attorney for Plaintiff Hartman vREIT
XXI, Inc.

| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned notary public, on this day personally appeared Thomas Nolon Lightsey III, know to me to be the person whose name is subscribed to this instrument and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

RP-2023-391359

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON THIS 2nd day of October 2023.



GLORIA ANN COMPTON
Notary Public, State of Texas
Comm. Expires 04-20-2025
Notary ID 11999956

Notary Public – State of Texas

RP-2023-391359

RP-2023-391359

RP-2023-391359

\# Pages 3

10/11/2023 03:23 PM

e-Filed & e-Recorded in the

Official Public Records of

HARRIS COUNTY

TENESHIA HUDSPETH

COUNTY CLERK

Fees   $22.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS

STATE OF TEXAS §
§
COUNTY OF HARRIS §

### *RELEASE OF LIS PENDENS*

Notice is given that the Notice of Lis Pendens e-filed filed by the undersigned with the County Clerk in Harris County, Texas, on August 8, 2023, File Number RP-2023-300136, because of the lawsuit Cause Number 2023-17944, *Allen R. Hartman, Hartman vREIT XXI, Inc., and REIT Property Management, LLC (Plaintiffs) vs. Silver Star Properties REIT, Inc. (f/k/a Hartman Short Term Income Properties XX, Inc.), Hartman Income REIT Property Holdings, LLC, Hartman XXI Advisors, LLC, Silver Star Property Management, Inc., Hartman SPE, LLC, Hartman Income REIT, Inc. and Hartman Retail I, DST (Defendants),* in the 133rd Judicial District Court in Harris County, Texas, is hereby released by Hartman vREIT XXI, Inc., a property located in Harris County, Texas, known as the Mission Centre, with an address of 14615 Beechnut Street, Houston, Texas,77083 which has the following legal description:

RES A3 WEST BEECHNUT PLAZA

Respectfully submitted,

**Law Office of Thomas N. Lightsey III, P.C.**

Thomas Nolon Lightsey III
State Bar of Texas No. 12344010
5151 San Felipe, Suite 400
Houston, Texas 77050
Telephone:    713-628-3612
Facsimile:    888-805-0068
Email:        Tom@Lightsey.Legal
    Attorney for Plaintiff Hartman vREIT
    XXI, Inc.

STATE OF TEXAS §
§
COUNTY OF HARRIS §

BEFORE ME, the undersigned notary public, on this day personally appeared Thomas Nolon Lightsey III, know to me to be the person whose name is subscribed to this instrument and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON THIS 2nd day of October 2023.



Notary Public – State of Texas

RP-2023-391353

RP-2023-391353

RP-2023-391353

# Pages 3

10/11/2023 03:22 PM

e-Filed & e-Recorded in the

Official Public Records of

HARRIS COUNTY

TENESHIA HUDSPETH

COUNTY CLERK

Fees   $22.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS

| STATE OF TEXAS | § |
|---|---|
| | § |
| COUNTY OF HARRIS | § |

### *RELEASE OF LIS PENDENS*

Notice is given that the Notice of Lis Pendens e-filed filed by the undersigned with the County Clerk in Harris County, Texas, on August 8, 2023, File Number RP-2023-300173, because of the lawsuit Cause Number 2023-17944, *Allen R. Hartman, Hartman vREIT XXI, Inc., and REIT Property Management, LLC (Plaintiffs) vs. Silver Star Properties REIT, Inc. (f/k/a Hartman Short Term Income Properties XX, Inc.), Hartman Income REIT Property Holdings, LLC, Hartman XXI Advisors, LLC, Silver Star Property Management, Inc., Hartman SPE, LLC, Hartman Income REIT, Inc. and Hartman Retail I, DST (Defendants),* in the 133rd Judicial District Court in Harris County, Texas, is hereby released by Hartman vREIT XXI, Inc. for the property located in Harris County, known as One Mason Plaza Shopping Center, with the address of 811 South Mason Road, Katy, Texas 77450, which has the following legal description:

TR 1G & RES A1 GRAND PARKWAY PLAZA PH 2 ABST 469 HT&BRR CO SEC 5

Respectfully submitted,

**Law Office of Thomas N. Lightsey III, P.C.**

Thomas Nolon Lightsey III
State Bar of Texas No. 12344010
5151 San Felipe, Suite 400
Houston, Texas 77050
Telephone:      713-628-3612
Facsimile:      888-805-0068
Email:          Tom@Lightsey.Legal
Attorney for Plaintiff Hartman vREIT XXI, Inc.

| STATE OF TEXAS | § |
|---|---|
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned notary public, on this day personally appeared Thomas Nolon Lightsey III, know to me to be the person whose name is subscribed to this instrument and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON THIS 2nd day of October 2023.



GLORIA ANN COMPTON
Notary Public, State of Texas
Comm. Expires 04-20-2025
Notary ID 11999956

_____
Notary Public – State of Texas

RP-2023-391350

RP-2023-391350

RP-2023-391350

# Pages 3

10/11/2023 03:21 PM

e-Filed & e-Recorded in the

Official Public Records of

HARRIS COUNTY

TENESHIA HUDSPETH

COUNTY CLERK

Fees   $22.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS

STATE OF TEXAS                §
                             §
COUNTY OF COLLIN              §


### *RELEASE OF LIS PENDENS*

Notice is given that the Notice of Lis Pendens e-filed filed by the undersigned with the County Clerk in Collin County, Texas, on August 8, 2023, Document Number 2023000090476, Receipt Number 20230808000324, because of the lawsuit Cause Number 2023-17944, *Allen R. Hartman, Hartman vREIT XXI, Inc., and REIT Property Management, LLC (Plaintiffs) vs. Silver Star Properties REIT, Inc. (f/k/a Hartman Short Term Income Properties XX, Inc.), Hartman Income REIT Property Holdings, LLC, Hartman XXI Advisors, LLC, Silver Star Property Management, Inc., Hartman SPE, LLC, Hartman Income REIT, Inc. and Hartman Retail I, DST (Defendants)*, in the 133rd Judicial District Court in Harris County, Texas, is hereby released by Hartman vREIT XXI, Inc., a property located in Collin County, Texas, known as Prestonwood Park Shopping Center, with an address of 6505 West Park Boulevard, Plano, TX 75093, which has the following legal description:

PRESTONWOOD PARK ADDITION, BLK A, LOT 1R; REPLAT


Respectfully submitted,

**Law Office of Thomas N. Lightsey III, P.C.**

Thomas Nolon Lightsey III
State Bar of Texas No. 12344010
5151 San Felipe, Suite 400
Houston, Texas 77050
Telephone:    713-628-3612
Facsimile:    888-805-0068
Email:        Tom@Lightsey.Legal
Attorney for Plaintiff Hartman vREIT XXI, Inc.


STATE OF TEXAS       §
                     §
COUNTY OF HARRIS     §

BEFORE ME, the undersigned notary public, on this day personally appeared Thomas Nolon Lightsey III, know to me to be the person whose name is subscribed to this instrument and

acknowledged to me that he executed the same for the purpose and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON THIS 2nd day of October  2023.

GLORIA ANN COMPTON
Notary Public, State of Texas
Comm. Expires 04-20-2025
Notary ID 11999956

Notary Public – State of Texas

2023-2023000117785 10/12/2023 2:10 PM Page 3 of 3

## Collin County
## Honorable Stacey Kemp
### Collin County Clerk

---

**Instrument Number:** 2023000117785

eRecording - Real Property

RELEASE

Recorded On: October 12, 2023 02:08 PM                    Number of Pages: 3

---

### " Examined and Charged as Follows: "

Total Recording: $30.00

---

### *********** THIS PAGE IS PART OF THE INSTRUMENT ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**                                      **Record and Return To:**

Document Number:    2023000117785                          CSC

Receipt Number:     20231011000515

Recorded Date/Time: October 12, 2023 02:08 PM

User:               Amanda J

Station:            Station 6

---



**STATE OF TEXAS**
**COUNTY OF COLLIN**

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time
printed hereon, and was duly RECORDED in the Official Public Records of Collin County, Texas.

Honorable Stacey Kemp
Collin County Clerk
Collin County, TX

STATE OF TEXAS §
§
COUNTY OF COLLIN §


### *RELEASE OF LIS PENDENS*

Notice is given that the Notice of Lis Pendens e-filed filed by the undersigned with the County Clerk in Collin County, Texas, on August 8, 2023, Document Number 2023000090477, Receipt Number 20230808000325, because of the lawsuit Cause Number 2023-17944, *Allen R. Hartman, Hartman vREIT XXI, Inc., and REIT Property Management, LLC (Plaintiffs) vs. Silver Star Properties REIT, Inc. (f/k/a Hartman Short Term Income Properties XX, Inc.), Hartman Income REIT Property Holdings, LLC, Hartman XXI Advisors, LLC, Silver Star Property Management, Inc., Hartman SPE, LLC, Hartman Income REIT, Inc. and Hartman Retail I, DST (Defendants),* in the 133rd Judicial District Court in Harris County, Texas, is hereby released by Hartman vREIT XXI, Inc., a property located in Collin County, Texas, known as Prestonwood Park Shopping Center, with an address of 6505 West Park Boulevard, Plano, TX 75093, which has the following legal description:

PRESTONWOOD PARK ADDITION, BLK A, LOT 3R; (REPLAT)


Respectfully submitted,

**Law Office of Thomas N. Lightsey III, P.C.**

Thomas Nolon Lightsey III
State Bar of Texas No. 12344010
5151 San Felipe, Suite 400
Houston, Texas 77050
Telephone:     713-628-3612
Facsimile:      888-805-0068
Email:           Tom@Lightsey.Legal
Attorney for Plaintiff Hartman vREIT
XXI, Inc.


STATE OF TEXAS §
§
COUNTY OF HARRIS §

BEFORE ME, the undersigned notary public, on this day personally appeared Thomas Nolon Lightsey III, know to me to be the person whose name is subscribed to this instrument and

acknowledged to me that he executed the same for the purpose and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON THIS 2nd day of October 2023.

GLORIA ANN COMPTON
Notary Public, State of Texas
Comm. Expires 04-20-2025
Notary ID 11999956

Notary Public – State of Texas

## Collin County
## Honorable Stacey Kemp
### Collin County Clerk

---

**Instrument Number:** 2023000117786

eRecording - Real Property

RELEASE

Recorded On: October 12, 2023 02:08 PM                    Number of Pages: 3

---

**" Examined and Charged as Follows: "**

Total Recording: $30.00

---

*********** **THIS PAGE IS PART OF THE INSTRUMENT** ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**                                        **Record and Return To:**
Document Number:      2023000117786                          CSC
Receipt Number:       20231011000518
Recorded Date/Time:   October 12, 2023 02:08 PM
User:                 Suzanne S
Station:              Station 4

---



**STATE OF TEXAS**
**COUNTY OF COLLIN**

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time
printed hereon, and was duly RECORDED in the Official Public Records of Collin County, Texas.

Honorable Stacey Kemp
Collin County Clerk
Collin County, TX

| STATE OF TEXAS | § |
|---|---|
| | § |
| COUNTY OF COLLIN | § |

### *RELEASE OF LIS PENDENS*

Notice is given that the Notice of Lis Pendens e-filed filed by the undersigned with the County Clerk in Collin County, Texas, on August 8, 2023, Document Number 2023000090485, Receipt Number 20230808000326, because of the lawsuit Cause Number 2023-17944, *Allen R. Hartman, Hartman vREIT XXI, Inc., and REIT Property Management, LLC (Plaintiffs) vs. Silver Star Properties REIT, Inc. (f/k/a Hartman Short Term Income Properties XX, Inc.), Hartman Income REIT Property Holdings, LLC, Hartman XXI Advisors, LLC, Silver Star Property Management, Inc., Hartman SPE, LLC, Hartman Income REIT, Inc. and  Hartman Retail I, DST (Defendants)*, in the 133rd Judicial District Court in Harris County, Texas, is hereby released by Hartman vREIT XXI, Inc., a property located in Collin County, Texas, known as Prestonwood Park Shopping Center, with an address of 6509 West Park Boulevard, Plano, TX  75093, which has the following legal description:

PRESTONWOOD PARK ADDITION, BLK A, LOT 5

Respectfully submitted,

**Law Office of Thomas N. Lightsey III, P.C.**

Thomas Nolon Lightsey III
State Bar of Texas No. 12344010
5151 San Felipe, Suite 400
Houston, Texas 77050
Telephone:     713-628-3612
Facsimile:     888-805-0068
Email:     Tom@Lightsey.Legal
Attorney for Plaintiff Hartman vREIT
XXI, Inc.

| STATE OF TEXAS | § |
|---|---|
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned notary public, on this day personally appeared Thomas Nolon Lightsey III, know to me to be the person whose name is subscribed to this instrument and

acknowledged to me that he executed the same for the purpose and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON THIS 2nd day of October 2023.

GLORIA ANN COMPTON
Notary Public, State of Texas
Comm. Expires 04-20-2025
Notary ID 11999956

Notary Public – State of Texas

## Collin County
## Honorable Stacey Kemp
### Collin County Clerk

---

**Instrument Number:** 2023000117789

eRecording – Real Property

RELEASE

Recorded On: October 12, 2023 02:10 PM          Number of Pages: 3

---

**" Examined and Charged as Follows: "**

Total Recording: $30.00

---

\*\*\*\*\*\*\*\*\*\*\* **THIS PAGE IS PART OF THE INSTRUMENT** \*\*\*\*\*\*\*\*\*\*\*
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**                                    **Record and Return To:**

Document Number:    2023000117789              CSC

Receipt Number:     20231011000522

Recorded Date/Time: October 12, 2023 02:10 PM

User:               Amanda J

Station:            Station 6

---



**STATE OF TEXAS**
**COUNTY OF COLLIN**

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time
printed hereon, and was duly RECORDED in the Official Public Records of Collin County, Texas.

Honorable Stacey Kemp
Collin County Clerk
Collin County, TX

STATE OF TEXAS          §
                        §
COUNTY OF HARRIS        §

### *RELEASE OF LIS PENDENS*

Notice is given that the Notice of Lis Pendens filed by the undersigned with the **County Clerk in Harris County, Texas, on July 21, 2023, File Number RP-2023-274699, because of the** lawsuit Cause Number 2023-17944, *Allen R. Hartman, Hartman vREIT XXI, Inc., and REIT Property Management, LLC (Plaintiffs) vs. Silver Star Properties REIT, Inc. (f/k/a Hartman Short Term Income Properties XX, Inc.), Hartman Income REIT Property Holdings, LLC, Hartman XXI Advisors, LLC, Silver Star Property Management, Inc., Hartman SPE, LLC, Hartman Income REIT, Inc. and  Hartman Retail I, DST (Defendants),* **in** the 133rd Judicial District Court in Harris County, Texas, is hereby released by Hartman vREIT XXI, Inc. for the property located in Harris County, Texas, with an address of 7211 Regency Square Blvd., Houston ,Texas 77036, which has the following legal description:

RES E3 F & G BLK 1, REGENCY SQ OFFICE PARK SEC 3

Respectfully submitted,

**Law Office of Thomas N. Lightsey III, P.C.**

Thomas Nolon Lightsey III
State Bar of Texas No. 12344010
5151 San Felipe, Suite 400
Houston, Texas 77050
Telephone:    713-628-3612
Facsimile:    888-805-0068
Email:         Tom@Lightsey.Legal
Attorney for Plaintiff Hartman vREIT
XXI, Inc.

STATE OF TEXAS          §
                        §
COUNTY OF HARRIS        §

BEFORE ME, the undersigned notary public, on this day personally appeared **Thomas Nolon Lightsey III**, know to me to be the **person whose** name is subscribed to this instrument and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

RP-2023-391363

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON THIS 2nd day of October 2023.



Notary Public – State of Texas

RP-2023-391363

RP-2023-391363

RP-2023-391363

\# Pages 3

10/11/2023 03:25 PM

e-Filed & e-Recorded in the

Official Public Records of

HARRIS COUNTY

TENESHIA HUDSPETH

COUNTY CLERK

Fees   $22.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS

STATE OF TEXAS     §
                              §

COUNTY OF DALLAS   §

### *RELEASE OF LIS PENDENS*

Notice is given that the Notice of Lis Pendens e-filed filed by the undersigned with the County Clerk in Dallas County, Texas, on August 8, 2023, Document Number 202300158561, Receipt Number 2023080800000488, because of the lawsuit Cause Number 2023-17944, *Allen R. Hartman, Hartman vREIT XXI, Inc., and REIT Property Management, LLC (Plaintiffs) vs. Silver Star Properties REIT, Inc. (f/k/a Hartman Short Term Income Properties XX, Inc.), Hartman Income REIT Property Holdings, LLC, Hartman XXI Advisors, LLC, Silver Star Property Management, Inc., Hartman SPE, LLC, Hartman Income REIT, Inc. and  Hartman Retail I, DST (Defendants)*, in the 133rd Judicial District Court in Harris County, Texas, is hereby released by Hartman vREIT XXI, Inc., a property located in Dallas County, Texas, with an address of 1055 South Sherman Street, Richardson, Texas 75081, which has the following legal description:

SPRING VALLEY BUSINESS PARK BLK B LT 4 ACS 2.315

Respectfully submitted,

**Law Office of Thomas N. Lightsey III, P.C.**

Thomas Nolon Lightsey III
State Bar of Texas No. 12344010
5151 San Felipe, Suite 400
Houston, Texas 77050
Telephone:    713-628-3612
Facsimile:     888-805-0068
Email:         Tom@Lightsey.Legal
Attorney for Plaintiff Hartman vREIT
XXI, Inc.

STATE OF TEXAS     §
                              §

COUNTY OF HARRIS   §

BEFORE ME, the undersigned notary public, on this day personally appeared Thomas Nolon Lightsey III, know to me to be the person whose name is subscribed to this instrument and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON THIS 2nd day of October 2023.

GLORIA ANN COMPTON
Notary Public, State of Texas
Comm. Expires 04-20-2025
Notary ID 11999956

Notary Public – State of Texas

# Dallas County
## John F. Warren
### Dallas County Clerk

**Instrument Number:**  202300208276

eRecording - Real Property

Recorded On: October 11, 2023 03:31 PM                    Number of Pages: 3

### " Examined and Charged as Follows: "

Total Recording: $30.00

### *********** THIS PAGE IS PART OF THE INSTRUMENT ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**                                **Record and Return To:**

Document Number:      202300208276                   CSC Global
Receipt Number:       20231011000779
Recorded Date/Time:   October 11, 2023 03:31 PM
User:                 Lynn G
Station:              Cc147



**STATE OF TEXAS**
**COUNTY OF DALLAS**

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time
printed hereon, and was duly RECORDED in the Official Records of Dallas County, Texas.

John F. Warren
Dallas County Clerk
Dallas County, TX

STATE OF TEXAS §
§
COUNTY OF DALLAS §

### *RELEASE OF LIS PENDENS*

Notice is given that the Notice of Lis Pendens e-filed filed by the undersigned with the County Clerk in Dallas County, Texas, on August 8, 2023, Document Number 202300158570, Receipt Number 20230808000494, because of the lawsuit Cause Number 2023-17944, *Allen R. Hartman, Hartman vREIT XXI, Inc., and REIT Property Management, LLC (Plaintiffs) vs. Silver Star Properties REIT, Inc. (f/k/a Hartman Short Term Income Properties XX, Inc.), Hartman Income REIT Property Holdings, LLC, Hartman XXI Advisors, LLC, Silver Star Property Management, Inc., Hartman SPE, LLC, Hartman Income REIT, Inc. and  Hartman Retail I, DST (Defendants)*, in the 133rd Judicial District Court in Harris County, Texas, is hereby released by Hartman vREIT XXI, Inc., a property located in Dallas County, Texas, with an address of 1057 South Sherman Street, Richardson, Texas 75081, which has the following legal description:

SPRING VALLEY BUSINESS PARK BLK B LT 5 ACS 2.226

Respectfully submitted,

**Law Office of Thomas N. Lightsey III, P.C.**

Thomas Nolon Lightsey III
State Bar of Texas No. 12344010
5151 San Felipe, Suite 400
Houston, Texas 77050
Telephone:     713-628-3612
Facsimile:     888-805-0068
Email:          Tom@Lightsey.Legal
Attorney for Plaintiff Hartman vREIT XXI, Inc.

STATE OF TEXAS §
§
COUNTY OF HARRIS §

BEFORE ME, the undersigned notary public, on this day personally appeared Thomas Nolon Lightsey III, know to me to be the person whose name is subscribed to this instrument and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON THIS 2n day of October 2023.

GLORIA ANN COMPTON
Notary Public, State of Texas
Comm. Expires 04-20-2025
Notary ID 11999956

Notary Public – State of Texas

**Dallas County**
**John F. Warren**
**Dallas County Clerk**

---

**Instrument Number:** 202300208283

eRecording - Real Property

Recorded On: October 11, 2023 03:33 PM                Number of Pages: 3

---

**" Examined and Charged as Follows: "**

Total Recording: $30.00

---

**\*\*\*\*\*\*\*\*\*\*\* THIS PAGE IS PART OF THE INSTRUMENT \*\*\*\*\*\*\*\*\*\*\***
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**                                **Record and Return To:**

Document Number:    202300208283                    CSC Global
Receipt Number:     20231011000787
Recorded Date/Time: October 11, 2023 03:33 PM
User:               Kevin T
Station:            CC123.dal.ccdc

---



**STATE OF TEXAS**
**COUNTY OF DALLAS**

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time
printed hereon, and was duly RECORDED in the Official Records of Dallas County, Texas.

John F. Warren
Dallas County Clerk
Dallas County, TX

STATE OF TEXAS           §
                         §
COUNTY OF DALLAS         §

### *RELEASE OF LIS PENDENS*

Notice is given that the Notice of Lis Pendens e-filed filed by the undersigned with the County Clerk in Dallas County, Texas, on August 8, 2023, Document Number 202300158694, Receipt Number 20230808000629, because of the lawsuit Cause Number 2023-17944, *Allen R. Hartman, Hartman vREIT XXI, Inc., and REIT Property Management, LLC (Plaintiffs) vs. Silver Star Properties REIT, Inc. (f/k/a Hartman Short Term Income Properties XX, Inc.), Hartman Income REIT Property Holdings, LLC, Hartman XXI Advisors, LLC, Silver Star Property Management, Inc., Hartman SPE, LLC, Hartman Income REIT, Inc. and Hartman Retail I, DST (Defendants),* in the 133rd Judicial District Court in Harris County, Texas, is hereby released by Hartman vREIT XXI, Inc., a property located in Dallas County, Texas, with an address of 1059 South Sherman Street, Richardson, Texas 75081, which has the following legal description:

SPRING VALLEY BUSINESS PARK BLK B LT 6 ACS 2.142

Respectfully submitted,

**Law Office of Thomas N. Lightsey III, P.C.**

Thomas Nolon Lightsey III
State Bar of Texas No. 12344010
5151 San Felipe, Suite 400
Houston, Texas 77050
Telephone:      713-628-3612
Facsimile:      888-805-0068
Email:          Tom@Lightsey.Legal
Attorney for Plaintiff Hartman vREIT
XXI, Inc.

STATE OF TEXAS           §
                         §
COUNTY OF HARRIS         §

BEFORE ME, the undersigned notary public, on this day personally appeared Thomas Nolon Lightsey III, know to me to be the person whose name is subscribed to this instrument and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON THIS 2nd day of October 2023.

GLORIA ANN COMPTON
Notary Public, State of Texas
Comm. Expires 04-20-2025
Notary ID 11999956

Notary Public – State of Texas

## Dallas County
## John F. Warren
### Dallas County Clerk

**Instrument Number:** 202300208289

eRecording – Real Property

Recorded On: October 11, 2023 03:34 PM                    Number of Pages: 3

## " Examined and Charged as Follows: "

Total Recording: $30.00

## *********** THIS PAGE IS PART OF THE INSTRUMENT ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**                                    **Record and Return To:**

Document Number:      202300208289                       CSC Global

Receipt Number:       20231011000790

Recorded Date/Time:   October 11, 2023 03:34 PM

User:                 Kevin T

Station:              CC123.dal.ccdc



**STATE OF TEXAS**
**COUNTY OF DALLAS**

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time
printed hereon, and was duly RECORDED in the Official Records of Dallas County, Texas.

John F. Warren
Dallas County Clerk
Dallas County, TX

STATE OF TEXAS      §
                       §

COUNTY OF BEXAR    §

### *RELEASE OF LIS PENDENS*

    Notice is given that the Notice of Lis Pendens e-filed filed by the undersigned with the County Clerk in Bexar County, Texas, on August 8, 2023, Document Number 20230145253, because of the lawsuit Cause Number 2023-17944, *Allen R. Hartman, Hartman vREIT XXI, Inc., and REIT Property Management, LLC (Plaintiffs) vs. Silver Star Properties REIT, Inc. (f/k/a Hartman Short Term Income Properties XX, Inc.), Hartman Income REIT Property Holdings, LLC, Hartman XXI Advisors, LLC, Silver Star Property Management, Inc., Hartman SPE, LLC, Hartman Income REIT, Inc. and Hartman Retail I, DST (Defendants),* in the 133rd Judicial District Court in Harris County, Texas, is hereby released by Hartman vREIT XXI, Inc. for the property, known as Walzem Shopping Plaza, with an address of 5332 Walzem Road, Windcrest, Texas 78218, which has the following legal description:

                NCB 15786 BLK 16 LOT NE IRR 440.64 FT OF 26

                Respectfully submitted,

                **Law Office of Thomas N. Lightsey III, P.C.**

                Thomas Nolon Lightsey III
                State Bar of Texas No. 12344010
                5151 San Felipe, Suite 400
                Houston, Texas 77050
                Telephone:    713-628-3612
                Facsimile:     888-805-0068
                Email:        Tom@Lightsey.Legal
                Attorney for Plaintiff Hartman vREIT XXI, Inc.

STATE OF ILLINOIS    §
                       §
COUNTY OF COOK     §

    BEFORE ME, the undersigned notary public, on this day personally appeared Thomas Nolon Lightsey III, know to me to be the person whose name is subscribed to this instrument and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

| STATE OF TEXAS | § |
| | § |
| COUNTY OF BEXAR | § |

## *RELEASE OF LIS PENDENS*

Notice is given that the Notice of Lis Pendens e-filed filed by the undersigned with the County Clerk in Bexar County, Texas, on August 8, 2023, Document Number 20230145253, because of the lawsuit Cause Number 2023-17944, *Allen R. Hartman, Hartman vREIT XXI, Inc., and REIT Property Management, LLC (Plaintiffs) vs. Silver Star Properties REIT, Inc. (f/k/a Hartman Short Term Income Properties XX, Inc.), Hartman Income REIT Property Holdings, LLC, Hartman XXI Advisors, LLC, Silver Star Property Management, Inc., Hartman SPE, LLC, Hartman Income REIT, Inc. and Hartman Retail I, DST (Defendants),* in the 133rd Judicial District Court in Harris County, Texas, is hereby released by Hartman vREIT XXI, Inc. for the property, known as Walzem Plaza Shopping Center, with an address of 5412 Walzem Road, Windcrest, Texas 78218, which has the following legal description:

NCB 15786 BLK 16 LOT W IRR 579.67 FT OF E IRR 1244.67 FT OF N IRR 669.7 FT OF 25

Respectfully submitted,

**Law Office of Thomas N. Lightsey III, P.C.**

Thomas Nolon Lightsey III
State Bar of Texas No. 12344010
5151 San Felipe, Suite 400
Houston, Texas 77050
Telephone:    713-628-3612
Facsimile:    888-805-0068
Email:    Tom@Lightsey.Legal
Attorney for Plaintiff Hartman vREIT
XXI, Inc.

| STATE OF ILLINOIS | § |
| | § |
| COUNTY OF COOK | § |

BEFORE ME, the undersigned notary public, on this day personally appeared Thomas Nolon Lightsey III, know to me to be the person whose name is subscribed to this instrument and acknowledged to me that he executed the same for the purpose and consideration therein expressed.