# **EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hartman SPE, LLC,<br><br>          Debtor(s). | Chapter 11<br><br>Case No. 23-11452 (MFW) |
| Hartman SPE, LLC,<br><br>          Plaintiff,<br>     v.<br><br>Hartman vREIT XXI, Inc.,<br><br>          Defendant. | Adversary No. 23-50588 (MFW) |

**ORDER GRANTING PLAINTIFF'S**
**MOTION FOR SUMMARY JUDGMENT**

Upon consideration of *Plaintiff's Motion for Summary Judgment* (the "**Motion**") [1], *Hartman SPE, LLC's Opening Brief in Support of Motion for Summary Judgment* the "**Brief**"), *Declaration of David Wheeler in Support of Hartman SPE, LLC's Motion for Summary Judgment* (the "**Wheeler Declaration**"), and any responses thereto; and the Court having determined that it has subject matter jurisdiction to consider and determine the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409;

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion, the Brief and the Declaration.

and the Court having found that due and sufficient notice was given under the circumstances; and the Court having found and determined that the Motion, and legal and factual bases set forth in the Brief and the Declaration, establish just cause for the relief requested in the Motion; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED, as set forth herein;

2. Defendant has no interest in the *lis pendens* Properties under Section 18-701 of the Delaware Limited Liability Company Act and Section 24 of the LLC Agreement;

3. The *lis pendens* complained of are hereby released discharged and expunged; and

4. Defendant has recorded a release of each such *lis pendens* with the relevant county clerk;

5. This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.