# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hartman SPE, LLC,<br><br>        Debtor(s). | Chapter 11<br><br>Case No. 23-11452 (MFW) |
| Hartman SPE, LLC,<br><br>        Plaintiff,<br>  v.<br><br>Hartman vREIT XXI, Inc.,<br><br>        Defendant. | Adversary No. 23-50588 (MFW) |

## CERTIFICATION OF SERVICE

JENNY R. KASEN, of full age, hereby certifies as follows:

1. On November 9, 2023, I caused a copy of the following document(s) to be served upon the parties listed and in the manner indicated below:

*Defendant's Declaration of Consent to Summary Judgment*

Proposed *Order Granting Plaintiff's Motion for Summary Judgment*

I hereby certify that the foregoing statements made by me are true. I am aware that if any of said statements are willfully false, I am subject to punishment.

Dated: November 9, 2023      KASEN & KASEN, P.C.

        */s/ Jenny R. Kasen*
        Jenny R. Kasen, Esquire (DE Bar No. 5849)
        1213 N. King Street, Suite 2
        Wilmington, DE 19801
        Telephone: (302) 652-3300
        Facsimile: (856) 424-7565
        E-Mail: jkasen@kasenlaw.com

        *Counsel to Defendant*

**Service List**

**Via First Class Mail:**

Hartman SPE, LLC
c/o Chipman Brown Cicero & Cole, LLP
Attn: William E. Chipman, Jr.
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199
Email: chipman@chipmanbrown.com